[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 25, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16412
Non-Argument Calendar

_____

D. C. Docket No. 08-00230-CR-J-20-JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORIO DELGADO-BENITEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 25, 2009)

Before BLACK, BARKETT and KRAVITCH, Circuit Judges

PER CURIAM:

James A. Hernandez, appointed counsel for Gregorio Delgado-Benitez in

this direct criminal appeal has moved to withdraw from further representation of

the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Delgado-Benitez's conviction and sentence are **AFFIRMED**.